IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GABRIEL LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-235-C |
| | ) | (WO) |
| REINHARDT MOTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the plaintiff's September 13, 2005, motion to compel production of document requests # 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 15, and 13 and interrogatories # 2, 3, 4, 6, 9, 11, 13, 14, 15, and 16. (Doc. # 16). Oral argument was held on October 31, 2005. At that time, the parties informed the court that the only requests for production of documents that remained unresolved were those requests that related to employee personnel files and interrogatory number 22. Accordingly, upon consideration of the motion to compel, and as stated in open court, it is

ORDERED as follows:

a. That the plaintiff's motion to compel production of personnel files be and is hereby GRANTED to the extent that the defendant shall produce all documents from personnel files for a period of two years prior to the plaintiff's termination, which relate to complaints of race discrimination and/or retaliation and/or disciplinary information and time clock records of comparators; other time clock records; and, any information regarding the alleged harasser that relates to any prior complaints or charges against him.

      b.      Interrogatory # 22 be and is hereby GRANTED to the extent that the defendant shall supplement its response to this interrogatory.

      c.      The motion be and is hereby DENIED in all other respects.

      d.      To the extent that the plaintiff seeks attorney's fees and costs incurred for the filing of this motion to compel, the motion for fees and costs be and is hereby DENIED.

Done this 3rd day of November, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE